**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ALAN R. VAUGHN**

Plaintiff,

v.

**CITY OF NORTH BRANCH, RICHARD ANDERSON, JULIE DRESEL, PATRICK TRUDGEON, THOMAS MILLER, ELLIS JOHNSON, RODNEY LOFQUIST, STEVEN VANDEN HEUVEL, DONALD WHITE, JOHN PHILIPSON, KEVIN ENGEL, GREGORY STROM, JAMES REUTER, JOHN MOOSEY, STATE OF MINNESOTA, DENNIS GUSTAFSON, and ALFRED ALLIEGRO,**

Defendants.

Civil No. 00-2370 (MJD/JGL)

**O R D E R**

---

APPEARANCES

Alan R. Vaughn, pro se.
Steve Anderson, Esq., for Defendants James Reuter and Alfred Alliegro.
Bryon G. Ascheman, Esq., for Defendant Thomas Miller.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on August 7, 2001 on Plaintiff's Motion for Jury Trial with Separate Trials for Each Defendant (Doc. No. 12). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

AUG 14 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Plaintiff's Motion for Jury Trial with Separate Trials for Each Defendant**

Numerous procedural deficiencies exist with respect to Plaintiff's motion. First, the Clerk of Court's case file reveals that the Notice of Motion filed by Plaintiff Vaughn did not give the hearing date or time, and therefore, did not give proper notice to Defendants. Plaintiff apparently served an Amended Notice of Motion on Defendants, but he did not file the amended notice with the Clerk of Court. Second, Plaintiff did not include an appropriate Memorandum of Law in support of his motion as required by D. Minn. LR 7.1. Rather, Plaintiff attached an "Informal Memoranda of Appellant Alan R. Vaughn," a document which was previously filed in the Minnesota Court of Appeals in conjunction with another case. This substance of the memorandum does not pertain to Plaintiff's motion for a jury trial. Thus, Plaintiff has not only failed to comply with the Local Rules, but he has also not provided the Court with any factual or legal grounds in support of his motion. Third, Plaintiff's motion should be heard and decided by the Honorable Michael J. Davis, the District Court judge to which this case is assigned. It is the trial court's determination whether a trial proceeds by bench or jury and whether such trial is bifurcated.

For the above reasons, Plaintiff's Motion for Jury Trial with Separate Trials for Each Defendant is denied without prejudice.

**Plaintiff's Motion to Appoint the Minnesota Attorney General as Special Prosecutor**

At the hearing on August 7, 2001, Plaintiff asked the Court to appoint the Minnesota Attorney General as Special Prosecutor. Plaintiff filed the motion after the hearing; Plaintiff did not file a notice of motion or a memorandum of law, and there is no affidavit of service. Plaintiff's motion is denied. The motion was untimely, not filed or served in accordance with the Local Rules, and devoid of factual and legal grounds in support of Plaintiff's position.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

(1) Plaintiff's Motion for Jury Trial with Separate Trials for Each Defendant (Doc. No. 12) is **DENIED WITHOUT PREJUDICE**; and

(2) Plaintiff's Motion to Appoint the Minnesota Attorney General as Special Prosecutor (Doc. No. 17) is **DENIED**.

Dated: August 14, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge