UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alan R. Vaughn, Civil File No. CV 00-2370 (MJD/JGL)

Plaintiff,

vs. **ORDER**

City of North Branch, State of Minnesota, Thomas Miller, Julie Dresel, Dennis Gustafson, Richard Anderson, Steven Vanden Heuvel, Patrick Trudgeon, Ellis Johnson, Rodney Lofquist, Donald White, Kevin Engel, John Philipsen, Gregory Strom, John Moosey, James Reuter, and Alfred S. Alliegro,

Defendants.

The above-entitled matter is before the undersigned upon Defendant State of Minnesota's Motion for Leave to File an Untimely Motion to Dismiss. For these purposes, the Plaintiff has appeared *pro se*, Defendant State of Minnesota has appeared by Jennifer A. Service, Assistant Minnesota Attorney General. Based upon the above, and upon all files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Defendant State of Minnesota's Motion for Leave to File an Untimely Motion to Dismiss is **GRANTED.**

Dated: April 26, 2002

MICHAEL J. DAVIS
United States District Judge

AG: #553644-v2

FILED APR 2 6
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK