# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Alan R. Vaughn

v.

City of North Branch, et al

Case No. Civil 00-2370 MJD/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Dft State of MN's motion to dismiss, Dft City's motion to dismiss, and Dft Reuter and Alliergro's motion to dismiss is GRANTED; Dft City's motion for Atty's fees Pltf's motion for Summary Judgment, pltf's motion to Join Additional Dfts, Pltf's motion for a jury trial and pltf's motion for appt of special prosecutor is DENIED.

DATE: September 9, 2002

RICHARD D. SLETTEN, CLERK

Patricia Kegley

Patricia Kegley, Deputy Clerk

(67)