UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alan R. Vaughn,

Plaintiff,

v.

ORDER
Civil No. 00-2370 (MJD/JGL)

City of North Branch, et al.,

Defendants.

---

Counsel for the City Defendants has informed the Court that one of the individual City Defendants, Julie Dresel, was not named in the Memorandum Opinion and Order filed on September 10, 2002. This omission was inadvertent. The Memorandum Opinion and Order filed September 10, 2002 applies to Defendant Julie Dresel.

Date:

Michael J. Davis
United States District Court

FILED 9-13-2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK