00-2370 MJD/JSM

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 03-3530

---

| | | |
|---|---|---|
| Alan R. Vaughn, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| City of North Branch, Minnesota; | * | District of Minnesota. |
| Richard Anderson; Julie Dresel; Patrick | * | |
| Trudgeon; Thomas Miller; Ellis | * | [UNPUBLISHED] |
| Johnson; Rodney Lofquist; Steven | * | |
| Vanden Heuvel; Donald White; John | * | |
| Philipson; Kevin Engel; Gregory | * | |
| Strom; James Reuter; John Moosey; | * | |
| State of Minnesota; Dennis Gustafson; | * | |
| Alfred S. Alliegro; U.S. Attorney | * | |
| General, | * | |
| | * | |
| Appellees. | * | |

---

Submitted: July 7, 2004
Filed: July 27, 2004

---

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

---

PER CURIAM.

SCANNED
SEP 20 2004
U.S. DISTRICT COURT MPLS

Alan R. Vaughn appeals from the district court's[1] denial of his Federal Rule of Civil Procedure 60(b) motion and his request for appointment of a special prosecutor, and from the district court's imposition of Federal Rule of Civil Procedure 11(c) sanctions. Vaughn has also filed a petition for a writ of mandamus, claiming the district court denied him his right to a jury trial in his 42 U.S.C. § 1983 action.

Having carefully reviewed the record, we conclude the district court did not abuse its discretion in denying Rule 60(b) relief. Even setting aside the issue of the timeliness of the motion, Vaughn merely reasserted his entitlement to relief as stated in his earlier pleadings and did not demonstrate fraud, exceptional circumstances, or the presence of newly discovered evidence. See Arnold v. Wood, 238 F.3d 992, 998 (8th Cir. 2001) (standard of review). The district court also properly denied Vaughn's request to appoint the United States Attorney General as a special prosecutor to investigate several of the named defendants. See Nat'l Milk Producers Fed'n v. Harris, 653 F.2d 339, 343 (8th Cir. 1981) (executive branch has discretion in initiation of investigative, enforcement, and prosecutorial actions limited only by constitutional strictures and relevant statutory directives). Finally, we find that the district court did not abuse its discretion in sanctioning Vaughn after concluding that his motions were frivolous and were filed to harass defendants. See Fed. R. Civ. P. 11(c)(2); Ivy v. Kimbrough, 115 F.3d 550, 553 (8th Cir. 1997) (standard of review); cf. Sassower v. Carlson, 930 F.2d 583, 584-85 (8th Cir. 1991) (per curiam) (plaintiff who filed frivolous and vexatious lawsuit was enjoined from filing further actions without first obtaining leave of district court).

We also deny Vaughn's mandamus petition. His claim that the district court deprived him of his constitutional right to a jury trial is frivolous, and, in any event, could have been raised in a timely direct appeal. See Harris v. Interstate Brands

---

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

Corp., 348 F.3d 761, 762 (8th Cir. 2003) (grant of summary judgment does not violate Seventh Amendment right to jury trial); In re Cook, 928 F.2d 262, 263 (8th Cir. 1991) (per curiam) (writ of mandamus is not substitute for appeal).

Accordingly, we affirm. See 8th Cir. R. 47B.

---

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 17, 2004

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 03-3530 Alan R. Vaughn vs. City of North Branch

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,
Michael E. Gans

Michael E. Gans
Clerk of Court

srd

Enclosure

RECEIVED
BY U.S. MAIL
2004 SEP 20 AM 9:27
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable Michael J. Davis
Alan R. Vaughn
Pierre N. Regnier
Joseph E. Flynn
Richard J. Thomas
Bryon Glen Ascheman
Stephen Gregory Andersen
Jennifer A. Service

Kelly L. Hanson
Barry Louis Blomquist
Patricia R. Cangemi

District Court/Agency Case Number(s): CIV 00-2370 MJD/JSM