00-2370 MJD/JSM

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3530

| | |
|---|---|
| Alan R. Vaughn, Appellant, vs. City of North Branch, Minnesota; Richard Anderson; Julie Dresel; Patrick Trudgeon; Thomas Miller; Ellis Johnson; Rodney Lofquist; Steven Vanden Heuvel; Donald White; John Philipson; Kevin Engel; Gregory Strom; James Reuter; John Moosey; State of Minnesota; Dennis Gustafson; Alfred S. Alliegro; U.S. Attorney General, Appellees. | Appeal from the United States District Court for the District of Minnesota |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

July 27, 2004

SCANNED
SEP 20 2004
U.S. DISTRICT COURT MPLS

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans