1865581

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

**FILED**

JAN 1? 2005

MICHAEL GANS
CLERK OF COURT

January 10, 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

CV.# 00-2370
MJD/JSM

Re: Alan R. Vaughn
v. City of North Branch, Minnesota, et al.
No. 04-7046
(Your No. 03-3530)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

**RECEIVED**

JAN 18 2005

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED
BY U.S. MAIL
2005 FEB 14 AM 9:55
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

MEMORANDUM

TO: Mr. Richard Sletten, Clerk

FROM: Michael E. Gans, Clerk of Court

DATE: February 9, 2005

RE: 03-3530 Alan R. Vaughn vs. City of North Branch

Supreme Court No. 04-7046
District Court/Agency Case Number(s): CIV 00-2370 MJD/JSM

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

(5403-010199)
mer